# CERTIFICATE OF SERVICE OF PROCESS

Case Number: 16-05053

I, __David T. Austin, Esq.__ (name), certify that service of this summons and a copy of the complaint was made __October 18, 2016__ (date) by (check one):

☒ **Mail service:** Regular, First Class United States mail, postage fully pre-paid, addressed to:
Transpacific IP Management Group PTE, Ltd.
8 Temasek Boulevard
#14-02 Suntec Tower Three
Singapore, Singapore

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows:

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

10/18/2016
Date

Signature: David T. Austin, Esq.
Print Name: Law Offices of Ronald I. Chorches, LLC
Business Address: 449 Silas Deane Hwy, 2d Fl, Wethersfield, CT 06109
City/State/Zip